Matthew.Theriault@capstonelawyers.com
Stan Karas (SBN 222402)
Stan.Karas@capstonelawyers.com
Katherine W. Kehr (SBN 226559)
Katherine.Kehr@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Jemuel Andres,
Mark Takahashi and Christine Bohlander

Mark D. Kemple (SBN 145219)
Ashley M. Farrell (SBN 271825)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Email: kemplem@gtlaw.com
Email: farrella@gtlaw.com

Attorneys for Defendants
Laboratory Corporation Of America and
Laboratory Corporation Of America Holdings

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEMUEL ANDRES, MARK TAKAHASHI, CHRISTINE BOHLANDER, individually as aggrieved employees and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware corporation doing business as LABCORP; LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation doing business as LABCORP; ANTOINETTE HUGGINS, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:13-cv-08773-GW-VBK<br>_____<br><br>**[PROPOSED] ORDER GOVERNING CONFIDENTIALITY OF DISCOVERY MATERIALS** |

## **ORDER**

The parties having stipulated to the foregoing, and good cause appearing, IT IS SO ORDERED. Follow all Local Rules, including LR 79-5.

Dated: June 9, 2014

／s／
The Honorable Victor B Kenton
United States Magistrate Judge